UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X  Case No.: 7:23-cv-60

RAY COPELAND,

                      Plaintiff,

         - against -

WESTCHESTER COMMUNITY OPPORTUNITY
PROGRAM, INC. and CHARLENE BLACKWOOD,
*Individually*,

                     Defendants.

------------------------------------------------------------------X

*The Clerk of Court is respectfully directed to terminate Ms. Shmil as counsel for Plaintiff, and to terminate ECF No. 14.*

SO ORDERED.

*/s/ Cathy Seibel*   7/1/323
CATHY SEIBEL, U.S.D.J.

### MOTION TO WITHDRAW STEFANIE SHMIL AS COUNSEL

    I, Steven Fingerhut, a Partner at Phillips & Associates, Attorneys at Law, PLLC, respectfully request that the appearance of Stefanie Shmil, Esq., as counsel for Plaintiff in the above-captioned action be withdrawn and further request that Stefanie Shmil be removed from the Court's and parties' service lists as she has left Phillips & Associates and is working for another firm. The law firm of Phillips & Associates and specifically the undersigned continues to serve as counsel for Plaintiff, and no party will be prejudiced if this request is granted.

    WHEREFORE, the undersigned counsel respectfully requests that the Court permit Stefanie Shmil, Esq. to withdraw as counsel for the Plaintiff in this matter.

Dated:    New York, New York
             July 13, 2023

                                      */s/ Steven Fingerhut*
                                      Steven Fingerhut, Esq.
                                      Phillips & Associates
                                      Attorneys at Law, PLLC
                                      45 Broadway, Suite 430
                                      New York, NY 10006
                                      Tel: (212) 248-7431
                                      Fax: (212) 901-2107