UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Copeland,

                              Plaintiff(s),

       -against –

Westchester Community Opportunity Program, Inc. et al,
                              Defendant(s).
------------------------------------------------------------------X

**O R D E R**

7:23-CV-00060 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: November 9, 2023
      White Plains, New York

                                                           CATHY SEIBEL, U.S.D.J.